**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gwendolyn L. Lewis** | Social Security number or ITIN  **xxx−xx−6367** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16−21190−CMB** | | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gwendolyn L. Lewis
aka Gwen L. Lewis

8/10/16                                                                                    **By the court:**    Carlota M. Bohm
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 16-21190-CMB
Gwendolyn L. Lewis                                                  Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin              Page 1 of 2         Date Rcvd: Aug 10, 2016
                              Form ID: 318             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
```
db            +Gwendolyn L. Lewis,    3725 Windgap Avenue,    Pittsburgh, PA 15204-1023
aty           +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5861
14205201       City & School District of Pittsburgh,    Treasurer - City of Pgh.,    414 Grant Street,
                Attn: Bankruptcy,   Pittsburgh, PA 15219-2476
14205202      +Comcast,   PO Box 3002,    Southeastern, PA 19398-3002
14205203      +Dr. Douglas Clough,    9104 Babcock Blvd # 1113,    Pittsburgh, PA 15237-5818
14205205       Fed Loan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
14205206       Figerhut,   PO Box 166,    Newark, NJ 07101-0166
14205207       First Premier Bank,    P.O. Box 55219,    Sioux Falls, SD 57117-5529
14205208      +Guardian Protection Services,    174 Thorn Hill Road,    Warrendale, PA 15086-7528
14205211      +Mercy Hospital,    1400 Locust Street,    Attn: Billing,   Pittsburgh, PA 15219-5166
14205212       Mercy Hospital,    PO Box 640155,    Pittsburgh, PA 15264
14205215       Peoples Gas,    PO Box 644760,   Pittsburgh, PA 15264-4760
14205216      +Pittsburgh Water & Sewage Authority,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
14205217      +Quest Diagnostics,    725 Canton Street,    Norwood, MA 02062-2679
14205220       Vivint Alarm Security Solutions,    PO Box 1116,    Charlotte, NC 28201-1116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QRSHEARER.COM Aug 11 2016 00:58:00      Robert Shearer,    5703 Brewster Lane,
                Erie, PA 16505-1109
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2016 01:01:35       Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr             EDI: RECOVERYCORP.COM Aug 11 2016 00:58:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,   Miami, FL  33131-1605
14205198       E-mail/Text: amscbankruptcy@adt.com Aug 11 2016 01:02:22       ADT,    1501 Yamato Road,
                Boca Raton, FL 33431
14205199       EDI: BANKAMER.COM Aug 11 2016 00:58:00      Bank of America, N.A.,    PO Box 15019,
                Wilmington, DE 19886-5019
14205200      +EDI: CAPITALONE.COM Aug 11 2016 00:58:00      Capital One Bank,    PO Box 71083,
                Charlotte, NC 28272-1083
14205204      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 11 2016 01:02:28       Duquesne Light,
                411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14205209      +EDI: RMSC.COM Aug 11 2016 00:58:00     JC Penney/Sychrony Bank,    PO Box 960090,
                Orlando, FL 32896-0090
14205210       E-mail/Text: camanagement@mtb.com Aug 11 2016 01:01:01      M&T Bank,
                1 Fountain Plaza - 7th floor.,    Attn: Bankruptcy Dept.,    Buffalo, NY 14203
14205213       EDI: MERRICKBANK.COM Aug 11 2016 00:58:00      Merrick Bank,    P.O. Box 660702,
                Dallas, TX 75266-0702
14205214      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2016 01:01:35       PA Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14223841       EDI: RECOVERYCORP.COM Aug 11 2016 00:58:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14205218       EDI: SWCR.COM Aug 11 2016 00:58:00      Southwest Credit,
                4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
14205219       EDI: TFSR.COM Aug 11 2016 00:58:00      Toyota Financial,    P.O. Box 5855,
                Carol Stream, IL 60197-5855
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Lakeview Loan Servicing, LLC
aty*          +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: admin                Page 2 of 2              Date Rcvd: Aug 10, 2016
                                  Form ID: 318               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Gwendolyn L. Lewis julie.steidl@steidl-steinberg.com,
               npalashoff@steidl-steinberg.com;ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;aste
               idl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert Shearer    information@robertshearer.com,   rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 7
```